

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING EN BANC

Appellate case name:     Tammy Tran Attorneys at Law, LLP, Tammy Tran, PLLC, and Minh Tam Tran v. Spark Funding, LLC

Appellate case number:   01-20-00564-CV

Trial court case number: 2020-27154

Trial court:             234th District Court of Harris County

Date motion filed:       August 30, 2021

Party filing motion:     Appellants


      The en banc court has unanimously voted to deny appellant's motion for en banc rehearing. It is ordered that the motion is **denied**.


Judge's signature: ____/s/ Julie Countiss_____
                    Acting for the En Banc Court


\* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date: <u>November 23, 2021</u>